[No. 3745–1.   Division One.   March 7, 1977.]

ROBERT DOUGLAS FREDERICKSEN, ET AL, *Appellants,* v.
KING COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 751839, Frank D. Howard, J., entered April 17,
1975. *Reversed* by unpublished per curiam opinion.

[No. 4025–1.   Division One.   March 7, 1977.]

BARBARA WHITBECK KNIGHTON, *Appellant,* v. LLOYD
MCCANTS, ET AL, *Respondents,* DUANE
KNIGHTON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 783729, F. A. Walterskirchen, J. Pro Tem.,
entered July 15, 1975. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Farris, C.J., and Andersen, J.

[No. 4092–1.   Division One.   March 7, 1977.]

KENNETH L. WAGNER, ET AL, *Respondents,* v. DONNEL
L. LANG, ET AL, *Appellants,* SOUTHWEST
WASHINGTON HEALTH DISTRICT,
*Respondent.*

Appeal from a judgment of the Superior Court for Clark
County, No. 57531, Edward P. Reed, J., entered June 23,
1975. *Dismissed* by unpublished per curiam opinion.